**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-80986-CIV-ZLOCH**

DARLA HYMAN,

      Plaintiff,

      v.

STATE OF FLORIDA, DEPT. OF
CHILDREN AND FAMILIES,

      Defendant.

_____/

**NOTICE OF MEDIATION DATE, TIME, AND LOCATION**

      The Plaintiff, DARLA HYMAN, by and through her undersigned counsel, hereby

notifies the Court of the parties' agreement to a date, time, and location for mediation. The

parties have agreed to hold mediation on June 14, 2016 at 10:00 AM at a location to be

determined by the mediator in Boca Raton, Florida.

Dated:  September 18, 2015.

                       **LAW OFFICES OF CHARLES EISS, P.L.**
                       Attorneys for Plaintiff
                       7951 SW 6th Street, Suite 308
                       Plantation, Florida 33324
                       (954) 990-6923 (Office)
                       (855) 423-5298 (Facsimile)

By:    /s/ Lindsay Marie Massillon_____
         CHARLES EISS, Esquire (FBN:612073)
         ceiss@icelawfirm.com
         LINDSAY M. MASSILLON, Esquire (FBN: 92098)
         lmassillon@icelawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 18th day of September, 2015, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing

document is being served this day on all counsel of record or pro se parties identified on the

attached Service List in the manner specified, either via transmission of Notices of Electronic

Filing generated by CM/ECF or in some other authorized manner for those counsel or parties

who are not authorized to receive electronically Notices of Electronic Filing.


<u>s/ Lindsay Marie Massillon</u>
LINDSAY MARIE MASSILLON, Esq.

***SERVICE LIST***
***United  States  District Court***
***Southern District  of Florida***
*Hyman v. State of Florida, Dept. of Children and Families*
**Case No.: 15-80986-CIV-ZLOCH**


Charles M. Eiss, Esq.
Florida Bar No. 612073
Email: ceiss@icelawfirm.com
Lindsay M. Massillon, Esq.
Florida Bar No. 92098
Email: lmassillon@icelawfirm.com
**LAW OFFICES OF CHARLES EISS, P.L.**
7951 SW 6th Street, Suite 308
Plantation, Florida 33324
Tel: (954) 990-6923
Fax: (855) 423-5298

Attorneys for Plaintiff


James O. Williams, Jr., Esq.
FBN: 0614513
Email: eservice@wlclaw.com
Philip B. Wiseberg, Esq.
FBN: 27233
Email: eservice@wlclaw.com
**WILLIAMS, LEININGER & COSBY, P.A.**
11300 U.S. Highway One, Suite 300
North Palm Beach, FL 33408
Tel: 561-615-5666
Fax: 561-615-9606

Attorneys for Defendant
Method of Service: CM/ECF Notice